EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  CR04-00224 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | (26 U.S.C. § 5861(d); |
| | ) | 18 U.S.C. § 922(g)(9); |
| EUGENE KIA, | ) | 18 U.S.C. § 924(a)(2)) |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury Charges:

On or about March 4, 2004, in the District of Hawaii, the defendant, EUGENE KIA, knowingly received and possessed a firearm, that is a rifle having a barrel of 16 inches or less, to wit, a Savage Arms Corporation model 340D .223 caliber rifle bearing serial number 203982, not registered to him in the

National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 2

The Grand Jury further charges:

On or about March 4, 2004, in the District of Hawaii, the defendant, EUGENE KIA, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce firearms, to wit, a Savage Arms Corporation model 340D .223 caliber rifle bearing serial number 203982, a Hi-Standard 12 gauge shotgun with an obliterated serial number and a Jennings J-22 .22 caliber pistol bearing serial number 283894.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: June 8, 2004, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

RONALD G. JOHNSON
Chief, Violent Crimes Section

EDRIC M. CHING
Assistant U.S. Attorney

United States v. Eugene Kia
Cr. No.
"Indictment"