# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  January 18, 2006

To:  United States Court of Appeal        Attn:   ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                                    (X)    Criminal
      95 Seventh Street
      San Francisco, CA  94103

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:       CR 04-00224HG          Appeal No:   05-10329
Short Title:  USA v. Kia

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original  ( ) certified copy |
| Bulky docs |  | volumes (folders)  docket # |
| Reporter's Transcripts | 3 | volumes (✓) original  ( ) certified copy |
| Exhibits |  | volumes ( ) under seal |
|  |  | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

cc: all parties of record