# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 18, 2006

To: United States Court of Appeal    Attn: ( )    Civil
      For the Ninth Circuit
      Office of the Clerk               (X)    Criminal
      95 Seventh Street
      San Francisco, CA 94103

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:  CR 04-00224HG         Appeal No: 05-10329
Short Title:  USA v. Kia

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 46, 49

Acknowledgment: _____    Date: _____

cc: all parties of record