AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:04CR00224-001
DEFENDANT: EUGENE KIA

Judgment - Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 MONTHS .

[✔] The court makes the following recommendations to the Bureau of Prisons:
FMC Carswell, Ft. Worth, TX.
That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

[✔] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✔] before 2:00 p.m. on 6/9/2005 .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 11·09·2005 to FCI SHE
at Sheridan, OR , with a certified copy of this judgment.

Charles A. Daniels, Warden
UNITED STATES MARSHAL

By Harper, LIE
Deputy U.S. Marshal