# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 18, 2006

To: Judge Arthur A. Alarcon    Attn: ( )   Civil
     U.S. Courthouse
     312 North Spring Street, Suite 1607    (X)   Criminal
     Los Angeles, CA 90012-4701

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:  CR 04-00224HG      Appeal No: 05-10329
Short Title: USA v. Kia

Clerk's Files in    2    volumes (✓) original ( ) certified copy
Bulky docs             volumes (folders) docket #
Reporter's Transcripts    3    volumes (✓) original ( ) certified copy
Exhibits               volumes ( ) under seal
                         boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 46, 49

Acknowledgment: _Betty Perez_      Date: 1/19/06

RECEIVED IN THE CHAMBERS OF ARTHUR L. ALARCON  JAN 19 2006

RECEIVED CLERK U.S. DISTRICT COURT  JAN 25 2006  DISTRICT OF HAWAII

RECEIVED CLERK, U.S. DISTRICT COURT  JUL 21 2006  DISTRICT OF HAWAII