REC'D FROM JENNY
BAHIZIAN FROM GCCA
FEDEX.
- NO MEMO ~~INCLUDED~~
  INCLUDED IN SHIPMENT
- DOC #69 USED AS
  A RECEIPT.
- ALL ~~FOR~~ MATERIALS
  RETURNED.